UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE GONZALEZ DE LUNA,<br><br>             Petitioner,<br><br>   v.<br><br>TIMOTHY S. ROBBINS, et al.,<br><br>            Respondents. | Case No. EDCV 16-1505 RSWL (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1    **IT IS ORDERED** that Judgment shall be entered dismissing this
2 action without prejudice.
3
4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner and counsel for
6 Respondents.
7
8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED: 8/26/2016          s/ RONALD S.W. LEW
                             HONORABLE RONALD S.W. LEW
11                           Senior U.S. District Judge

2