1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 VICENTE GONZALEZ DE LUNA,        Case No. EDCV 16-1505 RSWL (SS)

12                Petitioner,

13    v.                          **JUDGMENT**

14 TIMOTHY S. ROBBINS, et al.,

15                Respondents.

16

17     Pursuant   to   the   Court's   Order   Accepting   Findings,

18 Conclusions   and   Recommendations   of   United   States   Magistrate

19 Judge,

20

21     IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22 dismissed without prejudice.

23

24 DATED: 8/26/2016        s/ RONALD S.W. LEW
                      HONORABLE RONALD S.W. LEW

25                       Senior U.S. District Judge

26

27

28